UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TOM ARBINO,<br>    Plaintiff | Case No. 1:12-cv-203<br>Weber, J.<br>Litkovitz, M.J. |
| vs | |
| STATE OF OHIO,<br>    Defendant | **ORDER** |

      Plaintiff Tom Arbino, proceeding pro se, brought this action against the State of Ohio alleging that the Hamilton County Court of Common Pleas, the Ohio First District Court of Appeals, and the Ohio Supreme Court acted to deny plaintiff his due process rights and endanger his life. (Doc. 1). He was granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 3). The Court dismissed his complaint on the ground that plaintiff had failed to sue any legal entities capable of being sued in an action under 42 U.S.C. § 1983. (Doc. 15). The Court further denied plaintiff's motion to change venue (Doc. 2) as moot. Several other motions that plaintiff had filed were terminated as a result of the entry of judgment: "Motion to Seal the case" (Doc. 8), "Motion for Concealed Carry Permit and Firearm" (Doc. 9), "Motion for a declaration" (Doc. 12), "Motion for a Federal Investigation" (Doc. 13), and "Motion to call up the record" (Doc. 14). On May 16, 2012, the Court issued a judgment dismissing this matter with prejudice and terminating the case on the Court's docket. (Doc. 16).

      Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the Court's Order dismissing his complaint. (Doc. 17). Plaintiff also filed in this Court a "Motion for leave of court to serve entry and for change of venue." (Doc. 18). Plaintiff sought to change the venue for this lawsuit to the state of California because he claimed he could

not obtain justice in this Court. On July 6, 2012, the Sixth Circuit Court of Appeals dismissed plaintiff's appeal for want of prosecution. (Doc. 20). On August 27, 2012, plaintiff filed a second "Motion for a federal investigation," pertaining to the authority of Hamilton County Common Pleas Magistrate Judge Michael Bachman to issue rulings in plaintiff's state court case. (Doc. 21).

The District Court has issued a final judgment that disposes of plaintiff's lawsuit against the State of Ohio with prejudice, and the appeal of the Court's judgment has been dismissed. Plaintiff is not entitled to obtain any relief against the State of Ohio or any other individual or entity in this matter.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's "Motion for a federal investigation" (Doc. 21) is DENIED as moot.

2. Plaintiff's "Motion for leave of court to serve entry and for change of venue" (Doc. 18) is DENIED as moot.

**IT IS SO ORDERED.**

Date: 9/24/12

Karen L. Litkovitz, Magistrate Judge
United States District Court